IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROBERT EARL PITTMAN                                                      PLAINTIFF


v.                                    Case No. 6:22-cv-06049


JOHN THURSTON, Arkansas Secretary of State;
DEXTER PAYNE, Director, Arkansas Division of
Correction; DR. THOMAS DANIELS, WellPath;
BERNARD WILLIAMS; MAJOR JIMMY COLEMAN;
and MICHAEL THOMAS                                                      DEFENDANTS


**ORDER**

Before the Court is the Report and Recommendation filed June 22, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (ECF No. 7).  Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*.  Judge Bryant recommended that Plaintiff's Amended Complaint (ECF No. 6) be dismissed without prejudice because it fails to state a claim upon which relief may be granted.

On July 1, 2022, Plaintiff filed objections to the Report and Recommendation.  (ECF No. 8).  Upon review, Plaintiff's objections are not directly responsive to the Report and Recommendation and offer no error of law or fact from which the Court finds it necessary to depart from the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1).   Further, the report is without clear error and should be and hereby is adopted *in toto*.  Accordingly, it is **ORDERED** that Plaintiff's Amended Complaint (ECF No. 6) should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 5th day of July 2022.


.                                                            /s/ *Robert T. Dawson*
                                                             **ROBERT T. DAWSON**
                                                             **SENIOR U.S. DISTRICT JUDGE**

1